HENRY C. BOWEN, Appellant, *v.* WILLIAM L. BULL, as President, etc., Respondent.

(Submitted June 3, 1891; decided June 23, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 29, 1890, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee and affirmed an order granting an extra allowance.

*Geo. C. Holt* for appellant.

*Lewis Cass Ledyard* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.